## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In Re:  PETER EDWARD DU MELLE | § § § § § § | Case No.: 11-01924 |
|        WANDA DU MELLE |  |  |
|        Debtor(s) |  |  |

_____

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)   The case was filed on 01/18/2011.

2)   This case was confirmed on 03/16/2011.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)   The case was converted on 10/26/2012.

6)   Number of months from filing to the last payment:  20

7)   Number of months case was pending:  22

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted: $   141,750.00

10)   Amount of unsecured claims discharged without payment $        .00

11)   All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $    14,098.92 |
| Less amount refunded to debtor | $         85.14 |
| **NET RECEIPTS** | $    14,013.78 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $     2,500.00 |
| Court Costs | $          .00 |
| Trustee  Expenses and Compensation | $        649.92 |
| Other | $          .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $     3,149.92 |
| Attorney fees paid and disclosed by debtor | $     1,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DISCOVER FINANCIAL S | UNSECURED | 6,837.00 | 6,837.88 | 6,837.88 | 2,013.85 | .00 |
| AMERICAN HONDA FINAN | SECURED | 6,096.00 | 6,111.13 | .00 | .00 | .00 |
| DR COREY WALTHERS | UNSECURED | 2,474.00 | 2,474.00 | 2,474.00 | 717.72 | .00 |
| HOFFMAN ESTATES SURG | UNSECURED | 432.00 | 431.97 | 431.97 | 125.34 | .00 |
| US BANK NA ND | SECURED | 4,914.00 | .00 | .00 | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | 213,000.00 | .00 | .00 | .00 | .00 |
| WELLS FARGO HOME MOR | UNSECURED | 6,217.00 | NA | NA | .00 | .00 |
| AG LUNG ASSOC | UNSECURED | 142.00 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | 1,140.00 | 2,307.20 | 2,307.20 | 669.34 | .00 |
| AES/SUNTRUST BANK | UNSECURED | 714.00 | NA | NA | .00 | .00 |
| AES/SUNTRUST BANK | UNSECURED | 416.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 364.00 | NA | NA | .00 | .00 |
| AOL | OTHER | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | 5,250.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | OTHER | .00 | NA | NA | .00 | .00 |
| PORTFOLIO INVESTMENT | UNSECURED | 2,883.00 | 2,882.54 | 2,882.54 | 836.25 | .00 |
| CACH | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 11,357.00 | 11,560.78 | 11,560.78 | 3,404.79 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| CITIBANK USA | UNSECURED | 2,609.00 | 2,609.00 | 2,609.00 | 756.89 | .00 |
| CITIBANK VISA | OTHER | .00 | NA | NA | .00 | .00 |
| SPRING GREEN LAWN CA | UNSECURED | 190.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WOW SCHAUMBURG | UNSECURED | 130.00 | NA | NA | .00 | .00 |
| DISCOVER CARD | OTHER | .00 | NA | NA | .00 | .00 |
| DISH NETWORK | UNSECURED | 105.00 | NA | NA | .00 | .00 |
| DISH NETWORK | OTHER | .00 | NA | NA | .00 | .00 |
| DR KURT DENNISON | UNSECURED | 1,800.00 | 1,713.88 | 1,713.88 | 497.23 | .00 |
| DR ROBERT D CHRISTOP | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| DISH NETWORK | UNSECURED | 105.00 | NA | NA | .00 | .00 |
| FOOT FIRST PODIATRY | UNSECURED | 926.00 | 926.28 | 926.28 | 268.72 | .00 |
| FOOT FIRST PODIATRY | OTHER | .00 | NA | NA | .00 | .00 |
| FOOT FIRST PODIATRIS | OTHER | .00 | NA | NA | .00 | .00 |
| HOFFMAN ESTATES SURG | OTHER | .00 | NA | NA | .00 | .00 |
| KANU PANCHAL MD | UNSECURED | 305.00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | 972.00 | 972.90 | 972.90 | 282.25 | .00 |
| KOHLS | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 1,742.00 | 1,751.88 | 1,751.88 | 508.23 | .00 |
| LVNV FUNDING LLC | OTHER | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 159.00 | 229.46 | 229.46 | 66.57 | .00 |
| OPEN ADVANCED MRI | UNSECURED | 484.00 | NA | NA | .00 | .00 |
| OAC | OTHER | .00 | NA | NA | .00 | .00 |
| OAC | OTHER | .00 | NA | NA | .00 | .00 |
| RADIOLOGY CONSULTANT | UNSECURED | 94.00 | NA | NA | .00 | .00 |
| RADIOLOGY CONSULTANT | OTHER | .00 | NA | NA | .00 | .00 |
| RANDALL MED IMAGING | UNSECURED | 194.00 | NA | NA | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | 576.00 | NA | NA | .00 | .00 |
| SHERMAN HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| SPECIALISTS IN GASTR | UNSECURED | 66.00 | NA | NA | .00 | .00 |
| SPECIALISTS IN GASTR | OTHER | .00 | NA | NA | .00 | .00 |
| SPRING GREEN | UNSECURED | 191.00 | NA | NA | .00 | .00 |
| SPRING GREEN LAWN CA | OTHER | .00 | NA | NA | .00 | .00 |
| SPRING GREEN LAWN CA | OTHER | .00 | NA | NA | .00 | .00 |
| ST ALEXIUS MEDICAL C | UNSECURED | 3,000.00 | NA | NA | .00 | .00 |
| ST ALEXIUS MEDICAL C | OTHER | .00 | NA | NA | .00 | .00 |
| ST ALEXIUS MEDICAL C | OTHER | .00 | NA | NA | .00 | .00 |
| ST ALEXIUS MEDICAL C | OTHER | .00 | NA | NA | .00 | .00 |
| ALEXIAN BROTHERS MED | OTHER | .00 | NA | NA | .00 | .00 |
| US BANK NA | UNSECURED | 2,470.00 | NA | NA | .00 | .00 |
| US BANK | OTHER | .00 | NA | NA | .00 | .00 |
| US BANK | OTHER | .00 | NA | NA | .00 | .00 |
| US BANK | OTHER | .00 | NA | NA | .00 | .00 |
| VERIPATH | UNSECURED | 230.00 | NA | NA | .00 | .00 |
| WOW INTERNET CABLE | UNSECURED | 131.00 | NA | NA | .00 | .00 |
| WOW INTERNET AND CAB | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE NA | UNSECURED | NA | 2,470.37 | 2,470.37 | 716.68 | .00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AOL | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
·=============================================================================·
|  Summary of Disbursements to Creditors:                                     |
|                                                                             |
|                                      Claim        Principal       Int.      |
|                                      Allowed        Paid          Paid      |
|  Secured Payments:                                                          |
|        Mortgage Ongoing                    .00          .00           .00   |
|        Mortgage Arrearage                  .00          .00           .00   |
|        Debt Secured by Vehicle             .00          .00           .00   |
|        All Other Secured                   .00          .00           .00   |
|  TOTAL SECURED:                            .00          .00           .00   |
|                                                                             |
|  Priority Unsecured Payments:                                               |
|        Domestic Support Arrearage          .00          .00           .00   |
|        Domestic Support Ongoing            .00          .00           .00   |
|        All Other Priority                  .00          .00           .00   |
|  TOTAL PRIORITY:                           .00          .00           .00   |
|                                                                             |
|  GENERAL UNSECURED PAYMENTS:         37,168.14    10,863.86           .00   |
·=============================================================================·


·=============================================================================·
|  Disbursements:                                                             |
|                                                                             |
|        Expenses of Administration       $    3,149.92                       |
|        Disbursements to Creditors       $   10,863.86                       |
|                                                                             |
|  TOTAL DISBURSEMENTS:                                 $    14,013.78        |
·=============================================================================·
```

     12)     The trustee certifies that the foregoing summary is true  and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such relief as may be just and proper.


Dated:    11/15/2012               /s/ Tom  Vaughn

                                           Tom  Vaughn, Chapter 13  Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**